IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| MATTHEW KING, | : | |
| --- | --- | --- |
| | : | Case No. 2:10-cv-800 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on Magistrate Judge Jolson's October 25, 2017, **Report and Recommendation** (ECF No. 28), which recommended that Plaintiff's Motion for Attorney Fees be granted and that Plaintiff's counsel be awarded attorney fees in the total amount of $4,427.50.

Judge Jolson's Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.*) The parties have failed to file any objections, and the deadline for objections (November 8, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 28) based on the independent consideration of the analysis therein, and **GRANTS** Plaintiff's Motion for Attorney Fees and **AWARDS** Plaintiff's counsel attorney fees in the total amount of $4,427.50.

**IT IS SO ORDERED.**

                                                     s/ Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                     UNITED STATES DISTRICT JUDGE

**DATED: November 15, 2017**